IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID KNOTT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. 24-cv-03067-CRL-KLM |
| | ) | |
| MICHAEL W. FRERICHS, in his official capacity as Illinois State Treasurer, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

NOW COME the Defendants, MICHAEL FRERICHS, MARIO TRETO, EDWARD BONIFAS, ANTHONY CALDERONE, DEAN GLUTH, ANNE GRUBER, TONY MAJKA, DAVID PACK, SCOTT PENNY, JAMES TAFF, AMY LIPKIS, MARGARET DALEY, and CORTNEY WASCHER, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), hereby request an extension of time of thirty (30) days, up to and including May 8, 2024, to file their response to Plaintiff's Complaint [Doc. 1], stating as follows:

1. Plaintiff, David Knott, filed his complaint on March 14, 2024. [Doc. 1].

2. Defendants' response to Plaintiff's Complaint is due April 8, 2024.

3. Counsel filed her appearance on behalf of Defendants on March 21, 2024. [Doc. 6].

4. However, due to her recent entrance, undersigned counsel requests more time to speak to her clients and obtain documents necessary to complete Defendants' responsive pleading.

5. Accordingly, Defendants respectfully request a thirty (30) day extension of time, up to and including May 8, 2024, to file a response to Plaintiff's Complaint.

6. This request is made in good faith and not for the purpose of undue delay.

7. Plaintiff will not be prejudiced by this request, as there are currently no other pending deadlines in this matter.

8. Prior to filing this motion, undersigned counsel contacted counsel for Plaintiff to obtain their position as to this request.

9. Plaintiff's counsel does not object to the requested extension.

WHEREFORE, Defendants request an extension of time of thirty (30) days, up to and including May 8, 2024, to file their responsive pleading.

                    Respectfully submitted,

MICHAEL FRERICHS, MARIO TRETO, EDWARD BONIFAS, ANTHONY CALDERONE, DEAN GLUTH, ANNE GRUBER, TONY MAJKA, DAVID PACK, SCOTT PENNY, JAMES TAFF, AMY LIPKIS, MARGARET DALEY, and CORTNEY WASCHER,

                    Defendants,

Megan Ditzler, #6318052
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 557-7081 Phone
(217) 782-8767 Fax
Email: megan.ditzler@ilag.gov
& gls@ilag.gov

KWAME RAOUL, Attorney General,
State of Illinois,

                    Attorney for Defendants,

By: s/ Megan Ditzler
Megan Ditzler, #6318052
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID KNOTT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | No. 24-cv-03067-CRL-KLM |
| ) | |
| MICHAEL W. FRERICHS, in his official ) | |
| capacity as Illinois State Treasurer, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, the foregoing document, ***Motion for an Extension of Time to File a Responsive Pleading***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert Johnson – rjohnson@ij.org
James T. Knight, II – jknight@ij.org

and I hereby certify that on the same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

None

Respectfully submitted,

   s/ Megan Ditzler
Megan Ditzler, #6318052
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-7081 Phone
(217) 524-5091 Fax
megan.ditzler@ilag.gov
gls@ilag.gov