IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID KNOTT, et al., | ) |
| Plaintiffs, | ) ) ) |
| -vs- | ) No. 24-cv-03067-CRL-KLM |
| MICHAEL W. FRERICHS, in his official capacity as Illinois State Treasurer, et al., | ) ) ) ) |
| Defendants. | ) |

## SECOND MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

NOW COMES the Defendant, MICHAEL FRERICHS, by and through his attorney, Kwame Raoul, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), hereby requests a second extension of time of thirty (30) days, up to and including June 7, 2024, to file his response to Plaintiff's Complaint [Doc. 1], stating as follows:

1. Plaintiff, David Knott, filed his complaint on March 14, 2024. [Doc. 1].

2. Defendants' response to Plaintiff's Complaint was due April 8, 2024.

3. Assistant Attorney General Megan Ditzler filed her appearance on behalf of Defendants on March 21, 2024, and filed a Motion for an Extension of Time in which the file a responsive pleading until May 8, 2024.

4. However, Ms. Ditzler is leaving the employ of the Office of the Attorney General, and the undersigned was appointed as a Special Assistant Attorney General on April 26 in order to replace her for purposes of this litigation. .

5. Accordingly, Defendant respectfully requests an additional thirty (30) day extension of time, up to and including June 7, 2024, to file a response to Plaintiff's Complaint.

6. This request is made in good faith and not for the purpose of undue delay.

7. Plaintiff will not be prejudiced by this request, as there are currently no other pending deadlines in this matter.

8. Prior to filing this motion, undersigned counsel contacted counsel for Plaintiff to obtain their position as to this request.

9. Plaintiff's counsel does not object to the requested extension.

WHEREFORE, Defendants request an extension of time of thirty (30) days, up to and including June 7, 2024, to file their responsive pleading.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL FRERICHS, |
|  | Defendant, |
| Steven Sturm, #6256744 | |
| Assistant General Counsel | KWAME RAOUL, Attorney General, |
| 1 East Old State Capitol Plaza | State of Illinois, |
| Springfield, IL 62701 | |
| (217) 720-8555 Phone | Attorney for Defendants, |
| Email: ssturm@illinoistreasurer.gov | By: s/ Steven Sturm |
|  | Steven Sturm, #6256744 |
|  | Assistant General Counsel |
|  | for the Illinois State |
|  | Treasurer and Special |
|  | Assistant Attorney General |

IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID KNOTT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | ) No. 24-cv-03067-CRL-KLM |
| | ) |
| MICHAEL W. FRERICHS, in his official capacity as Illinois State Treasurer, et al., | ) ) |
| | ) |
| Defendants. | ) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 2, 2024, the foregoing document, ***Second Motion for an Extension of Time to File a Responsive Pleading***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert Johnson – rjohnson@ij.org
James T. Knight, II – jknight@ij.org

and I hereby certify that on the same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

None

Respectfully submitted,

s/ Steven Sturm
Steven Sturm, #6256744
Assistant General Counsel
500 South Second Street
Springfield, Illinois 62701
(217) 557-7081 Phone
(217) 524-5091 Fax
ssturm@illinoistreasurer.gov