IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID KNOTT, et al., | ) |
| Plaintiffs, | ) ) ) |
| -vs- | ) No. 24-cv-03067-CRL-KLM ) |
| MICHAEL W. FRERICHS, in his official capacity as Illinois State Treasurer, et al., | ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW COUNSEL

NOW COMES the Defendant, MICHAEL FRERICHS, in his official capacity, by and through his attorney, Kwame Raoul, Attorney General of the State of Illinois, and for his Motion to Withdraw Counsel, states as follows:

1. Assistant Attorney General Megan Ditzler is no longer assigned to represent the above-named Defendant in this matter.

2. Assistant General Counsel Steven Sturm is now assigned to represent the above-named Defendant in this matter.

3. It is requested that Assistant Attorney General Megan Ditzler be removed from the Court's service list as counsel for the Defendant.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Honorable Court to allow the withdrawal of Assistant Attorney General Megan Ditzler, and that Assistant Attorney General Megan Ditzler be terminated and removed from the service list as counsel for the Defendant named herein.

Respectfully submitted,

MICHAEL FRERICHS,

Defendant,

Megan Ditzler, #6318052
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 557-7081 Phone
(217) 782-8767 Fax
Email: megan.ditzler@ilag.gov
& gls@ilag.gov

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendant,

By: s/ Megan Ditzler
Megan Ditzler, #6318052
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID KNOTT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | )  No. 24-cv-03067-CRL-KLM |
| | ) |
| MICHAEL W. FRERICHS, in his official | ) |
| capacity as Illinois State Treasurer, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 8, 2024, the foregoing document, ***Motion to Withdraw Counsel***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert Johnson – rjohnson@ij.org
James T. Knight, II – jknight@ij.org
Steven J. Sturm – ssturm@illinoistreasurer.gov

and I hereby that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

None

Respectfully submitted,

By: <u>s/ Megan Ditzler</u>
Megan Ditzler, #6318052
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 557-7081 Phone
(217) 782-8767 Fax
Email: megan.ditzler@ilag.gov
& gls@ilag.gov