UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DAVID KNOTT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL W. FRERICHS, in his official capacity as Illinois State Treasurer, et al. <br><br> Defendants. | Case No. 3:24-cv-03067-CRL-DJQ |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs David Knott and United Asset Recovery, Inc., move for leave to amend their Complaint because the initial complaint filed in this action does not reflect changed circumstances (including statutory and regulatory changes) that have happened since the case was originally filed in 2024. Under Rule 15(a)(2), a party may amend its pleading "with the opposing party's written consent." Fed. R. Civ. P. 15(a)(2). All Defendants have consented in writing.

A proposed order and a proposed First Amended Complaint are attached.

Plaintiffs' First Amended Complaint brings claims against only Defendant Frerichs. Should the Court grant Plaintiffs' Motion, Plaintiffs request that the Court drop all defendants except Defendant Frerichs from this lawsuit. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party.").

1

Dated: January 23, 2026

s/James T. Knight II
James T. Knight II
DC Bar No. 1671382
Sophia Henderson
VA Bar No. 99385
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
(703) 682-9320
jknight@ij.org
shenderson@ij.org

Jeffrey Rowes
TX Bar No. 24104956
INSTITUTE FOR JUSTICE
816 Congress Ave., Ste. 970
Austin, TX 78701-2475
(512) 480-5936
jrowes@ij.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, a true and correct copy of Plaintiffs' Consent Motion for Leave to Amend Complaint, Plaintiffs' First Amended Complaint, and a Proposed Order were electronically filed using the Court's ECF system and sent via the ECF electronic notification system to all counsel of record.

s/James T. Knight II
James T. Knight II
*Counsel for Plaintiffs*